**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KAREN R.,

                              Plaintiff,

                                                      3:21-CV-438
             v.                                          (DJS)

KILOLO KIJAKAZI, *Acting Commissioner of*
*Social Security*,

                              Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## <u>ORDER</u>

The Complaint in this action was filed April 16, 2021.  Dkt. No. 1.  The Court ordered the matter remanded to the Social Security Administration for further proceedings.  Dkt. Nos. 16 & 17.  Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act.  Dkt. No. 18.  Defendant has not responded to the Motion.

Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $8,160.00, plus costs in the amount of $402.00.

Dated:  September 28, 2022
          Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 1 -